UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

ANTHONY THOMAS VIOLANTE,          :
                                  :
    Plaintiff(s),                 :
v.                                :    Case No. 5:23-cv-11179
                                  :    Hon. Judith E. Levy

EQUIFAX INFORMATION SERVICES LLC
EXPERIAN INFORMATION SOLUTIONS, INC
and ARBOR PROFESSIONAL SOLUTIONS Inc.,

    Defendant(s).
_____/

### NOTICE OF WITHDRAWAL

NOW COMES the Plaintiff Anthony Thomas Violante by and through his counsel, and hereby request the withdrawal of Certificate of Service as to co-defendant Equifax Information Services LLC (Docket No. 9) as it was entered erroneously.

                              RESPECTFULLY SUBMITTED,
                              LAW OFFICES OF NICHOLAS A. REYNA, P.L.L.C.

Date: June 13, 2023        /s/ Nicholas A. Reyna
                              Nicholas A. Reyna (P68328)
                              Attorney for Plaintiff
                              528 Bridge St NW, Ste. 1A
                              Grand Rapids, MI 49504
                              616-235-4444