UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
_____

ANTHONY THOMAS VIOLANTE,

      Plaintiff,                        Case No. 5:23-cv-11179

v.                                           Hon. Judith E. Levy

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., and ARBOR PROFESSIONAL
SOLUTIONS, INC.,

      Defendants.
_____

## STIPULATED ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT ARBOR PROFESSIONAL SOLUTIONS, INC., ONLY WITH PREJUDICE

NOW COMES Plaintiff, ANTHONY THOMAS VIOLANTE, and Defendant, ARBOR PROFESSIONAL SOLUTIONS, INC., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this *Stipulated Order for Voluntary Dismissal of Defendant Arbor Professional Solutions, Inc., Only with Prejudice* to be effective upon filing, and in support thereof states:

1. The above-named parties have agreed that the Plaintiff's claims against Defendant Arbor Professional Solutions, Inc., only shall be dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

2.   This is not a final order and does not close the case.

| | |
|---|---|
| LAW OFFICES OF<br>  NICHOLAS REYNA PLLC | VARNUM LLP |
| By:  */s/ Nicholas A. Reyna*<br>     Nicholas A. Reyna (P68328)<br>     528 Bridge Street, N.W., Suite 1a<br>     Grand Rapids, MI 49504<br>     (248) 805-3600<br>     nickreyna7@hotmail.com | By:  */s/ Jeffrey D. Koelzer*<br>     Jeffrey D. Koelzer (P78602)<br>     Bridgewater Place, P.O. Box 352<br>     Grand Rapids, MI 49501-0352<br>     (616) 336-6000<br>     jdkoelzer@varnumlaw.com |
| *Attorney for Plaintiff*<br>*Anthony Thomas Violante* | *Attorneys for Defendant Arbor*<br>*Professional Solutions, Inc.* |
| Dated:  November 13, 2023 | Dated: November 13, 2023 |

    SO ORDERED.

Date: November 13, 2023              s/Judith E. Levy
                                     JUDITH E. LEVY
                                     United States District Judge